**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| SHELIA BRUIN-BLAKE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-22 |
| v. | |
| AMERICOLLECT, INC., | |
| Defendant. | |

**O R D E R**

On February 3, 2020, Plaintiff filed a Complaint initiating this suit. (Doc. 1.) Prior to any answer having been filed by Defendant, Plaintiff filed a Notice of Settlement. (Doc. 6.) In light of the settlement notice, the Court administratively closed the case but provided the parties a forty-five day period to present, at their option, a dismissal judgment pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the settlement, so the Court could retain jurisdiction to enforce the agreement. (Doc. 7.) More than forty-five days have passed and the parties' only filing has been a Notice of Voluntary Dismissal with prejudice, filed by Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 8.) Accordingly, the Court **DIRECTS** the Clerk to **REOPEN** this action, **DISMISSES** the action with prejudice, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 29th day of June, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA